```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39192
    JAMES H MANNING III
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5157


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 10/21/2004 and was confirmed 12/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.31% from remaining funds.

    The case was paid in full 06/19/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
SCHOTTLER & ZUKOSKY        PRIORITY       NOT FILED           .00              .00
AMERICAN EXPRESS TRAVEL    UNSECURED       10044.46           .00          1638.55
ASSET ACCEPTANCE CORP      UNSECURED        8810.08           .00          1437.19
DISCOVER FINANCIAL SERVI   UNSECURED        7272.93           .00          1186.43
CAPITAL ONE                UNSECURED       NOT FILED          .00              .00
CITI CARD                  NOTICE ONLY     NOT FILED          .00              .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED          .00              .00
DISCOVER FINANCIAL SERVI   NOTICE ONLY     NOT FILED          .00              .00
FIRST USA BANK NA          UNSECURED       NOT FILED          .00              .00
RESURGENT ACQUISITION LL   UNSECURED        5062.17           .00           825.79
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00              .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED          .00              .00
WORLDCOM WIRELESS INC      UNSECURED       NOT FILED          .00              .00
ROUNDUP FUNDING LLC        UNSECURED OTH    395.21            .00            64.55
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY     1,894.00                        1,894.00
TOM VAUGHN                 TRUSTEE                                          433.49
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               7,480.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       5,152.51
ADMINISTRATIVE                                  1,894.00
TRUSTEE COMPENSATION                              433.49
DEBTOR REFUND                                        .00
                      --------------        --------------
TOTALS                7,480.00                  7,480.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39192 JAMES H MANNING III
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 09/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```